## Commonwealth *v.* Cook, Appellant.

Argued March 14, 1967. *Donald L. Reihart,* for appellant; *Earl R. Doll,* Assistant District Attorney, with him *John F. Rauhauser, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Cooper, Appellant.

Submitted March 13, 1967. *William H. Saye,* Assistant Public Defender, for appellant; *Clarence C. Morrison,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.